# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 73 MM 2019 |
| Respondent | : | |
| v. | : | |
| GERALD TRAVIS BUTERBAUGH, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 9th day of September, 2019, the Petition for Leave to File a Petition for Allowance of Appeal Nunc Pro Tunc is GRANTED.  Counsel is DIRECTED to file a Petition for Allowance of Appeal within 30 days.